# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL TRENTLY and AMY TRENTLY<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, CITY OF SCRANTON and ALAN W. WEITZ<br><br>  Defendants. | No. 3:18-CV-00602<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 15th day of November, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 3) filed by Defendant United States of America is **GRANTED**.

(2) Plaintiffs' Complaint (Doc. 1-2) is **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge